**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00053-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY RILEY,

    Defendant.

---

### MINUTE ORDER

---

The matter comes before the court on the government's **Unopposed Motion To Continue Sentencing Date** [#32] filed September 23, 2010. The motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. The government's **Unopposed Motion To Continue Sentencing Date** [#32] filed September 23, 2010, is **GRANTED**;

2. The sentencing hearing previously set for Friday, September 24, 2010, is **VACATED** and is **CONTINUED** pending further order of court;

3. That on **September 29, 2010**, at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: September 24, 2010