**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00053-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ANTHONY RILEY,

      Defendant.

---

## MINUTE ORDER

---

      On September 29, 2010, the court conducted a telephonic setting conference to set the sentencing hearing in this matter. After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1. That on **November 12, 2010**, at 3:30 p.m., the court shall conduct a sentencing hearing in this matter;

      2. That by October 25, 2010, the government shall file its response to the objections to the presentence report of the defendant [#30]; and

      3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing;

      Dated: October 4, 2010